United States District Court
District of Nevada 9th Cir.

Motion to Proceed Informas Pauperas

Willis Annis Esq
 V.
Lakes Crossing Hosp, Sparks, Nevada
Dr. Ollinger,
Dr. Whitcom,
Justin Clouser Esq.

3:21-cv-00490

"NO COPY"
FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 23 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

I'm motioning this Honorable District Court to allow my Petition for Injunctive relief to be filed Informas Pauperons, I swear on the consequence of Perjury I'm Indigent, I ask that fees for filings, service, and materials be waived, I've attached a Declaration of Indigence to this motion. I am the real plaintiff in this case and wish this motion to be filed and grant me cause number and return to me case name and cause number 11-21-2021 Please send copy to both "Willis B Annis Esq

Willis Annis Esq
P.O. Box 1111
Mendota WV [?]

Willis Annis
Lakes Crossing Hosp
Sparks NV

1

United States District Court
District of Nevada — 9th Civ.

## Declaration of Indigence

Willis Annis Esq,
V,
Lakes Crossing Hospital NV, Sparks
Dr. Dillenger
Dr. Whitcom
Justin M. Clauser Esq.

I swear under Penalty of perjury I have no cash on hand, No retirement accounts, no savings no stocks, Bonds, Realestate, or Vehicles, I have no water craft or bed pan. I hold no Deeds or titles and ask this District court to allow this myself to file the attached inJunction for Relief against said Defendants, 11-21-2021

Willis B Annis Esq.

Billy Annis 55491
P.O. Box 1777
Lovelock NV 89423

Legal Mail

3:21-cv-00490

Clerk U.S. District Court
District of Nevada
400 South Virginia St, Room 301
Reno Nevada 89501